# ATTACHMENT E

# March 11, 2014
Tuesday

| March 2014 | April 2014 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                      1 |        1   2   3   4   5 |
| 2   3   4   5   6   7   8 | 6   7   8   9   10   11   12 |
| 9   10   11   12   13   14   15 | 13   14   15   16   17   18   19 |
| 16   17   18   19   20   21   22 | 20   21   22   23   24   25   26 |
| 23   24   25   26   27   28   29 | 27   28   29   30 |
| 30   31 | |

**11**   Tuesday

**Laura - Dr. Appt PM**

**7 am**

**8 00** — Copy: Breakfast w/Dave W.
Marriott
Zellerbach, Paul

**9 00** — Coffee
Molinos

**10 00** — Copy: SPS Sensitive Case Meeting
Exec. Conf. Room
Zellerbach, Paul

**11 00**

Lunch w/John Delarosa
CPK

**12 pm**

**1 00**

**2 00**

Meet w/Benoit & DeArmond
Z Office

**3 00**

**BLOCKED**

**4 00**

**5 00**

**6 00**

Daily Task List
Arrange By: Due Date

Notes

Topping, Laura      1      3/9/2016 8:35 AM

# April 07, 2014
## Monday

**April 2014**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

**May 2014**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**7 Monday**

Willmon; Sacramento

- **7 am**
- **8 00**
- **9 00** — Anti-Human Trafficking News Conference; San Diego
- **10 00**
- **11 00**
- **12 pm**
- **1 00**
- **2 00** — Copy: DP Staffing (Banuelos) Haringsma; Exec. Conf. Room; Zellerbach, Paul
- **3 00** — Copy: DP Staffing (Redd&Mosley) DeLim; Exec. Conf. Room; Zellerbach, Paul | DP Staffing (Zavala) DeLimon; Exec. Co
- **4 00** — Copy: Meet w/Sue Aguilar & Sue Mandell (WeTip); Z Office; Zellerbach, Paul
- **5 00**
- **6 00**

**Daily Task List** — Arrange By: Due Date

**Notes**

Topping, Laura                1                3/9/2016 8:35 AM

# April 08, 2014
Tuesday

| April 2014 | May 2014 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|        1  2  3  4  5 |              1  2  3 |
|  6  7  8  9 10 11 12 |  4  5  6  7  8  9 10 |
| 13 14 15 16 17 18 19 | 11 12 13 14 15 16 17 |
| 20 21 22 23 24 25 26 | 18 19 20 21 22 23 24 |
| 27 28 29 30          | 25 26 27 28 29 30 31 |

**8   Tuesday**

PALM DESERT

Willmon & Fineman; Sacramento

**Daily Task List**
Arrange By: Due Date

**7 am**

**8 00**  Copy: CANCELED Breakfast w/Dave W.
Marriott
Zellerbach, Paul

**9 00**

**10 00**

**11 00**

**12 pm**  Barbara Sinatra Center - 3rd Annual Child Abuse Prevention Luncheon
Rancho Mirage, Babe's BBQ Brewhouse

**1 00**

**Notes**

**2 00**

**3 00**

**4 00**

**5 00**

**6 00**  Copy: UNABLE TO ATTEND Norco State
Nellie Weaver Hall, Norco
Zellerbach, Paul

7:00pm - 8:30pm Indio Candlelight Vigil(Palm Desert Civic Center (Amphitheatre))

Topping, Laura                             1                            3/9/2016 8:36 AM

# October 27, 2014
Monday

| October 2014 | November 2014 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|         1  2  3  4 |                         1 |
| 5  6  7  8  9 10 11 | 2  3  4  5  6  7  8 |
| 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 29 |
| | 30 |

**27      Monday**

**OUT OF OFFICE**

**Daily Task List**
Arrange By: Due Date

- 7 am
- 8 00
- 9 00
- 10 00
- 11 00
- 12 pm — **Drug Court Master Plan Committee Meeting (10/27/14)**
  Larson Justice Center Judicial Conference Room with video connections to the Hall of Justice and Southwest Justice Center
- 1 00
- 2 00 — **Copy: Prop 47 Impact Meeting**
  Probation - 6th Floor
  Zellerbach, Paul
- 3 00
- 4 00
- 5 00
- 6 00

**Notes**

Topping, Laura        1        3/9/2016 8:36 AM